GAETANO RIOLA, Appellant, *v.* NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Riola* v. *N. Y. C. & H. R. R. R. Co.*, 97 App. Div. 252, affirmed. (Argued March 20, 1906; decided April 3, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered September 27, 1904, which reversed an order of the court at a Trial Term denying a motion for a new trial after a verdict had been rendered in favor of plaintiff.

*H. W. Rippey* and *George Raines* for appellant.

*Daniel M. Beach* for respondent.

Order affirmed and judgment absolute ordered for defendant on the stipulation, with costs in all courts; no opinion,

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT and CHASE, JJ. Not voting: VANN and WILLARD BARTLETT, JJ. Not sitting: GRAY, J.

---

JAMES B. MURRAY, Respondent, *v.* HARBOR AND SUBURBAN BUILDING AND SAVINGS ASSOCIATION, Appellant

*Murray* v. *Harbor & Suburban B. & S. Assn.*, 91 App. Div. 397, affirmed. (Submitted March 21, 1906; decided April 6, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 18, 1904, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Alexander S. Bacon* for appellant.

*Charles I. McBurney* for respondent.

Judgment affirmed, with costs, on opinion below.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN and CHASE, JJ. Not sitting: WILLARD BARTLETT, J.